| | |
|---|---|
| *Attorney or Party without Attorney:*<br>YAR R. CHAIKOVSKY<br>MCDERMITT WILL & EMERY LLP<br>275 MIDDLEFIELD ROAD<br>SUITE 100<br>MENLO PARK, CA  94025<br>*Telephone No:* 650-815-7400<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |
| *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* ROVI CORPORATION, et al
*Defendant:* ROKU, INC

| **PROOF OF SERVICE SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 12 2185 DMR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Civil Cover Sheet; Complaint For Patent Infringement And Jury Demand; Rule 7.1 Statement Of Plaintiffs; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Magistrate Judge Donna M. Ryu; Standing Order For All Judges Of The Northern District Of California, Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge (Blank); Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge (Blank).

3. a. Party served:  ROKU, INC
   b. Person served: MARIA SANCHEZ, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT.

4. Address where the party was served:  818 WEST 7TH STREET, LOS ANGELES, CA  90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 08, 2012 (2) at: 11:15AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of:  ROKU, INC
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG  FORREST
   
   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone (213) 250–9111
   Fax (213) 250–1197
   www.firstlegalnetwork.com
   
   d. *The Fee* for Service was:
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:  5141
      (iii) County:  Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, May. 21, 2012

   (DOUG FORREST)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE SUMMONS**

8065013  .mcdwi-mp.450984