YAR R. CHAIKOVSKY (SB# 175421)
yarchaikovsky@paulhastings.com
HONG S. LIN (SB# 249898)
honglin@paulhastings.com
PHILIP OU (SB# 259896)
philipou@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: 1(650) 320-1800
Facsimile: 1(650) 320-1900

IT IS SO ORDERED
Judge Edward J. Davila
8/7/2015

Attorneys for Plaintiffs ROVI CORPORATION, ROVI GUIDES, INC. and UNITED VIDEO PROPERTIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROVI CORPORATION, ROVI GUIDES, INC., and UNITED VIDEO PROPERTIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ROKU, INC.,<br><br>Defendant. | Case No. 5:12-cv-02185-EJD<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:   Hon. Edward J. Davila |

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 5:12-CV-2185 EJD
962934

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Rovi Corporation, Rovi Guides, Inc. and United Video Properties, Inc. hereby voluntarily dismiss all remaining claims against Roku, Inc. in the above-referenced action without prejudice.

This dismissal is prompted by the decision in *Netflix, Inc. v. Rovi Corp. et al.*, Case No. 4:11-cv-06591-PJH on July 15, 2015 finding the claims of the '762 patent asserted against Netflix invalid under Section 101. Rovi disagrees with the decision in the *Netflix* case and expects to file an appeal shortly. In the meantime, Rovi has dismissed its claims against Roku without prejudice.

Dated: August 6, 2015                                   PAUL HASTINGS LLP

                                                        By:   */s/ Yar R. Chaikovsky*
                                                              YAR R. CHAIKOVSKY

                                                        Attorneys for Plaintiffs ROVI
                                                        CORPORATION; ROVI GUIDES, INC.;
                                                        and UNITED VIDEO PROPERTIES, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated:  August 6, 2015                              /s/  *Yar R. Chaikovsky*

                                                    Yar R. Chaikovsky

LEGAL_US_W # 82541367.1